# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PAULI, on behalf of himself and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>OLLIE'S BARGAIN OUTLET, INC.,<br><br>               Defendant. | Civil Action No. 5:22-CV-279<br><br>(MAD/ML) |

Plaintiffs hereby give notice that opt-in Judy Cacciola withdraws her Consent to Join the Collective Action pursuant to 29 U.S.C. 216(b).

Dated: December 10, 2024

By: /s/
LaDonna M. Lusher, Esq.
Michele A. Moreno
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
llusher@vandallp.com
mmoreno@vandallp.com

Frank S. Gattuso, Esq.
Gattuso & Ciotoli, PLLC
7030 East Genesee Street
Fayetteville, NY 13066
fgattuso@gclawoffice.com

*Attorneys for Plaintiffs*

By: /s/
Kathleen McLeod Caminiti, Esq.
Heather Steele, Esq.
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
kcaminiti@fisherphillips.com
hsteele@fisherphillips.com

*Attorneys for Defendant*