UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

JAMES PAULI, on behalf of himself and all others similarly situated,

   Plaintiffs,

v.

OLLIE'S BARGAIN OUTLET, INC.,

   Defendant.

Civil Action No. 5:22-cv-279

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

  Named Plaintiff James Pauli, Opt-In Plaintiff Jamie Miles and Opt-In Plaintiff Robert Swain and Defendant Ollie's Bargain Outlet, Inc. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Local Rule 41.3 and this Court's Order of Dismissal By Reason of Settlement, dated March 28, 2025 (Dkt. 133) that any and all claims filed herein by Plaintiffs against Defendant should be and hereby are dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

By: _____
Frank S. Gattuso, Esq.
GATTUSO & CIOTOLI, PLLC
7030 E. Genesee Street
Fayetteville, New York 13066
Tel. (315) 314-8000
fgattuso@gclawoffice.com
*Attorneys for Plaintiffs*

Dated: 5-8-2025

By: _____
Kathleen McLeod Caminiti, Esq.
FISHER & PHILLIPS LLP
400 Connell Drive, Suite 4000,
Berkley Heights, New Jersey, 07922
Murray Hill, NJ 07075
Phone: (908) 516-1050
E-mail: kcaminiti@fisherphillips.com
*Attorneys for Defendant*

Dated: 5/8/25

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: May 15, 2025
Albany, NY

FP 54255641.1
FP 54255641.2